# UNITED STATES DISTRICT COURT

for the

FILED - USDC - FLMD - FTM
APR 27 2026 PM1:39

George Kusaj
*Plaintiff/Petitioner*
v.
Judge Lisa Porter, Judge John Burns, State of Florida
*Defendant/Respondent*

Civil Action No. 2:26-cv-1365-SPC-DNF

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __________.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ 0.00 per *(specify pay period)* 0.00 .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
n/a

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
n/a

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
n/a

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
n/a

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 01/09/2026

*Applicant's signature*

George Kusaj
*Printed name*

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR CHARLOTTE COUNTY, FLORIDA CRIMINAL CASE

STATE OF FLORIDA,

v. Case No. 22-811F, 22-564M

GEORGE LARRY KUSAJ,

Defendant

______________________\

## ORDER FINDING DEFENDANT INDIGENT FOR COSTS

THIS CAUSE having coming before the Court upon the Motion to Declare the Defendant Indigent for Costs in the above entitled cause; and this Court having reviewed the Motion and the response of the Justice Administrative Commission, the Court finds that the defense has shown that the Defendant is indigent for costs.

**IT IS HEREBY ORDERED AND ADJUDGED as follows:**

1. The Defendant is declared to be indigent for costs pursuant to section 27.52(5), Florida Statutes.

2. The defense is authorized to incur costs to take depositions including court reporter appearance fees. Service of process shall be through the sheriff unless the sheriff is unable or unable to provide service of process. The sheriff must be used to serve in-county law enforcement.

3. Any request for additional due process costs, including transcripts, private investigators, and experts, shall be made by separate motion. The Justice Administrative Commission shall be served with any motion for additional due process costs.

4. Should any due process vendor desire direct payment from the Justice Administrative Commission, the vendor must enter into a contract with the Justice Administrative Commission. The defense and the vendor must comply with all policies and procedures of the Justice

Administrative Commission related to the submission of billings for direct payment to a due process vendor.

5. Upon conviction, the Defendant is liable to pay the amount of any due process costs as directed by sections 27.52(5)(i) and 938.29, Florida Statutes. If the Defendant is convicted, the attorney representing the Defendant is responsible for providing an accounting to the Court delineating the costs expended on behalf of the Defendant within 90 days after disposition of the case notwithstanding any appeals. The Court shall then enter an order determining the amount of costs paid which will thereafter be recorded as a lien against the defendant.

DONE AND ORDERED

eSigned by JUDGE DONALD MASON in 22000811F
on 07/11/2022 10:40:03 VOgVDMCn

Electronic Service List
Michael G. Powell <mike@mikepowelllawfirm.com>
Michael G. Powell <kendra@mikepowelllawfirm.com>
State Attorney <ServiceSAO-CH@sao.cjis20.org>