George Kusaj
121 Riverbend Drive
Labelle, FL 33935

Retail

UNITED STATES POSTAL SERVICE

33901

U.S. POSTAGE PAID
PM
SOMERSET, KY 42501
APR 22, 2026

$12.10

RDC 03
0 Lb 13.70 Oz
S2324P506715-1

United States District Court
Middle District of Florida - Ft Myers Division
Attn: Clerk - Civil Intake
2110 First Street Suite 2-194
Ft Myers, FL 33901

Screened by USMS

EXPECTED DELIVERY DAY: 04/25/26

USPS TRACKING® #

9505 5117 1597 6112 7855 88

PRIORITY MAIL

TRACKED ★ ★ ★ INSURED ★

UNITED STATES POSTAL SERVICE®

For Domestic and Internati

APR 27 2026 PM 1:37
RCVD - USDC - FLMD - FTM